OPINION — AG — ** IMPROVEMENTS — STREETS AND ALLEYS ** MONEYS (FUNDS) OUT OF THE STREET AND ALLEY FUND REFERRED IN 11 O.S. 75 [11-75] MAY BE EXPENDED FOR THE PURPOSE OF OBTAINING RIGHT OF WAY NECESSARILY INCIDENT TO THE IMPROVEMENT OF A CITY STREET BY THE WIDENING THEREOF. (MUNICIPALITY, HIGHWAY, MOTOR FUEL EXCISE TAX, APPROPRIATE) CITE: 11 O.S. 75 [11-75] (RICHARD M. HUFF)